UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Travis Widner,

           Plaintiff,

v.

At Home Stores LLC, d/b/a
At Home and Vereit Real Estate L.P.,

           Defendants.

Civil No. 20-2695 (DWF/BRT)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal filed by the Parties on March 16, 2021, (Doc. No. [6]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 16, 2021

           s/Donovan W. Frank
           DONOVAN W. FRANK
           United States District Judge